# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH LEE LEWIS,** : | |
|     Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION 14-00367-KD-N** |
| : | |
| **KARLA JONES,** : | |
|     Respondent. : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 18, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and obey the Court's Order.

**DONE** and **ORDERED** this the **22**$^{nd}$ day of **December 2014.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**